IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATHEW and KELLY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA acting by and through the VETERAN'S HEALTH ADMINISTRATION, an operating division of the DEPARTMENT OF VETERAN'S AFFAIRS, and JOHN and JANE DOES persons 1-10,<br><br>Defendants. | CV 23-92-H-KLD<br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 35).

Accordingly, and as stipulated by the parties,

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE and each party shall pay their respective attorney fees and costs.

DATED this 17th day of September, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge